# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID ALVES, | ) | Case No.: 8:18-cv-01671-KK |
| Plaintiff, | ) ) | {~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) ) | ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) | AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| Defendant | ) ) ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,150.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: July 31, 2019

_____
THE HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE